IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA LYNN HIGGINS, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 15-5381 |

## ORDER

AND NOW, this 20th day of April, 2016, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can consider explicitly Plaintiff's chronic fatigue syndrome and mitral valve prolapse and re-consider Plaintiff's credibility concerning her impairments, Plaintiff's residual functional capacity and whether or not Plaintiff is disabled.

BY THE COURT:

_____
GERALD A. McHUGH, J.